**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DELWRICK D. COLEMAN,
ADC #656538                                                                                                      PLAINTIFF

v.                                         2:13CV00131-JLH-JTK

D. LOCKHART, et al.                                                                           DEFENDANTS

**ORDER**

By Order dated October 11, 2013, this Court directed the issuance of summons and service of Plaintiff's Complaint on Defendants (Doc. No. 3). Summons was returned, unexecuted, with respect to Defendants Eldridge and D. Lockhart on October 24, 2013 (Doc. Nos. 7, 8). Included with the returns and filed under seal are memos containing Defendants' last-known addresses. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendants Eldridge and D. Lockhart, and the United States Marshal is hereby directed to serve a copy of the summons and Complaint (Doc. No. 2) on Defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 25th day of October, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE