**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

DELWRICK D. COLEMAN,                                                                    PLAINTIFF
ADC #656538

v.                                            No. 2:13CV00131-JLH-JTK

DOUGLAS LOCKHART, et al.                                                            DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

1.      Defendants' motion for summary judgment (Doc. No. 48) is GRANTED;

2.      Plaintiff's motion for summary judgment (Doc. No. 51) is DENIED;

3.      Plaintiff's claim against defendant Eldridge is DISMISSED without prejudice for failure to exhaust;

4.      Plaintiff's constitutional claims against defendant Lockhart are DISMISSED with prejudice; and

5.      Plaintiff's state law claims against defendant Lockhart are DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 4th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE