IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DELWRICK D. COLEMAN,                                                                               PLAINTIFF
ADC #656538

v.                                      No. 2:13CV00131-JLH-JTK

DOUGLAS LOCKHART, et al.                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED. The relief sought is denied.

IT IS SO ADJUDGED this 4th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE